UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| Dewayne Coleman, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:17-cv-00868 UNA |
| | ) | |
| Onshore Technology Services, Inc. | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

The above styled and numbered case was filed on March 9, 2017 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Carol E. Jackson, United States District Judge, under cause number 2:17-cv-00013.

**IT IS FURTHER ORDERED** that cause number 4:17-cv-00868 UNA be administratively closed.

GREGORY J. LINHARES<br>
CLERK OF COURT

Dated: <u>March 10, 2017</u>     By: <u>Jason W. Dockery</u>
                                    Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 2:17-cv-00013 CEJ.**